UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

Elizabeth Beha

Case No. 18-05554
Honorable Deborah L. Thorne
Chapter 13

## AGREED ORDER ALLOWING ATTORNEY FEES AND AMENDING PLAN

At Chicago, Illinois, this 23rd day of May 2018, before the Honorable Deborah L. Thorne, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the objection of Prestige Financial Services Inc., to confirmation of the Debtor's Chapter 13 Plan, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Prestige Financial Services Inc. shall be allowed attorney fees in the amount of $500.00 pursuant to Illinois State law, the retail installment contract dated July 28, 2012, for the 2011 Volkswagen Jetta, VIN: 3VW2K7AJXBM307465 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That this order shall act to amend Prestige Financial Services Inc.'s proof of claim to add the allowed attorney fees of $500.00. That section E3.1 of the Debtor's confirmed chapter 13 plan be and the same hereby is amended to provide for a total "amount of secured claim" of $7,669.41 for Prestige Financial Services Inc. with interest at 7.75% and a set monthly payment of $155.00.

DATE: 6/13/2018

ENTER:

_/s/ Deborah L. Thorne_
Bankruptcy Judge

_/s/ James M. Philbrick_
James M. Philbrick
Attorney for **Prestige Financial Services Inc.**
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690

Attorney for Debtor